**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Sharon V. Woods <br> <u>Debtor</u> | CHAPTER 13 <br><br> BKY. NO. 18-14560 AMC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Fay Servicing LLC as servicer for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually, but as Trustee for Hilldale Trust and index same on the master mailing list.

    Respectfully submitted,

    **/s/ Rebecca A. Solarz, Esq**
    Rebecca A Solarz, Esquire
    KML Law Group, P.C.
    701 Market Street, Suite 5000
    Philadelphia, PA 19106-1532
    (215) 627-1322