**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:    SHARON WOODS               : Bankruptcy No. 18-14560AMC
                                     :
                                     :
          **Debtor**                 : Chapter 13

**ANSWER TO MOVANT'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

SHARON WOODS, through his attorney, Zachary Perlick, Esquire, answers Movant's Motion for Relief, and sets forth in support thereof as follows:

1. - 5.   Admitted.

6. - 7.   Admitted in part/ denied in part. Debtor has tendered post-petition payments to movant, however, Debtor admits to a small post-petition delinquency to Movant which can be cured over a short time.

8. – 9.   Admitted.

10.- 11.  No answer is required.

12. -13.  Denied.  Movant is adequately protected by Debtor's equity in the property and insurance coverage. Debtor will sell the property by September 30, 2017 and pay-off the mortgage to PNC Bank.

14.   Admitted.

WHEREFORE, Debtor prays that Movant's Motion for Relief be DENIED.

                              Respectfully submitted,


                              /Zachary Perlick/
                              ZACHARY PERLICK, ESQUIRE