**HCR ManorCare**

CO FILE # 000000-000003
DCB 766628

# Earnings Statement

Heartland Employment Services
419-252-5500
333 N. Summit St.
Toledo, OH 43604-2617

Period Beg/End: 05/03/2018 - 05/16/2018
Advice Date: 05/24/2018
Advice Number: 0020562484
Batch Number: 000000001432

Page 001 of 001

Exemptions    Addl Amt    Addl %
Fed:    S-02
PA(W): S-00

WOODS, SHARON    V
3825 Arebdall Ave
Philadelphia, PA 19114

## Pay Period Hours and Earnings

| Description | Pay Period | Rate | Hours | Total |
|---|---|---|---|---|
| Regular Non Aut | 050318-051618 | 23.846154 | 64.00 | 1526.15 |
| Taxable Award | 050318-051618 | | | 25.00 |
| Paid Days Off N | 050318-051618 | 23.846154 | 16.00 | 381.54 |
| Mileage | 050318-051618 | | | 113.73 |

### Time Off Summary

| | | |
|---|---|---|
| Vacation | PTO | 33.84 |
| Sick | Personal | |

### Taxes and Deductions

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 161.91 | 1489.96 |
| Fed MED/EE | 26.85 | 242.29 |
| Fed OASDI/EE | 114.82 | 1036.00 |
| PA Unempl EE | 1.16 | 10.32 |
| PA Withholdng | 56.85 | 513.01 |
| PA Withholdng | 75.19 | 668.95 |
| PA LS Tax | 2.00 | 18.00 |
| *Dental | 9.65 | 57.90 |
| Gift Card Program | 25.00 | 25.00 |
| *Medical | 69.00 | 414.00 |
| Voluntary Life | 12.42 | 74.52 |
| *Vision | 2.12 | 12.72 |

Pay Period Totals:    80.00    2046.42
*Wages continue on Page 2 if needed

### Earnings YTD

| Description | Hours | YTD |
|---|---|---|
| Regular Non Auto Pay | 566.49 | 13508.59 |
| Taxable Award | | 25.00 |
| Paid Days Off Non Auto Pay | 16.00 | 381.54 |
| Mileage | | 944.55 |
| Inservice Pay | 137.5? | 3279.10 |

Gross Pay    18138.78
*Earnings YTD continued on Page 2 if needed
Work Week Ends 12:00:59 AM, Day After Pay Period End Date

| | | |
|---|---|---|
| Total Deductions | 556.97 | 4562.67 |
| Net Pay | 1489.45 | 13576.11 |
| * Pretax | | |

---

**HCR ManorCare**

Heartland Employment Services
419-252-5500
333 N. Summit St.
Toledo, OH 43604-2617

Advice Number: 0020562484
Advice Date: 05/24/2018

Deposited to the account of
WOODS, SHARON    V

Account Number    Transit ABA    Amount
Checking    1489.45

**THIS IS NOT A CHECK**

**HCR ManorCare**

CO  FILE #  000000-000000
DOB  766628

# Earnings Statement

Heartland Employment Services
419-252-5500
333 N. Summit St.
Toledo, OH 43604-2617

Period Beg/End:  Page 001 of 001
05/17/2018 - 05/30/2018
Advice Date:  06/07/2018
Advice Number:  0020606635
Batch Number:  000000001440

Exemptions    Addl Amt    Addl %
Fed:    S-02
PA(W):  S-00

WOODS, SHARON    V
3825 Arebdall Ave
Philadelphia,    PA    19114

## Pay Period Hours and Earnings

| Description | | Pay Period | Rate | Hours | Total |
|---|---|---|---|---|---|
| Regular | Non Aut | 051718-053018 | 23.846154 | 72.00 | 1716.92 |
| Mileage | | 051718-053018 | | | 87.25 |
| Holiday | Non Aut | 051718-053018 | 23.846154 | 8.00 | 190.77 |

## Time Off Summary

| Vacation | PTO | 39.38 |
|---|---|---|
| Sick | Personal | |

## Taxes and Deductions

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 156.52 | 1646.48 |
| Fed MED/EE | 26.49 | 268.78 |
| Fed OASDI/EE | 113.26 | 1149.26 |
| PA Unempl EE | 1.14 | 11.46 |
| PA Withholdng | 56.09 | 569.10 |
| PA Withholdng | 74.22 | 743.17 |
| PA LS Tax | 2.00 | 20.00 |
| *Dental | 9.65 | 67.55 |
| *Medical | 69.00 | 483.00 |
| Voluntary Life | 12.42 | 86.94 |
| *Vision | 2.12 | 14.84 |
| Gift Card Program | 0.00 | 25.00 |

Pay Period Totals    80.00    1994.94
*Wages continue on Page 2 if needed

## Earnings YTD

| Description | Hours | YTD |
|---|---|---|
| Regular Non Auto Pay | 638.49 | 15225.51 |
| Mileage | | 1031.80 |
| Holiday Non Auto Pay | 8.00 | 190.77 |
| Inservice Pay | 137.51 | 3279.10 |
| Paid Days Off Non Auto Pay | 16.00 | 381.54 |
| Taxable Award | | 25.00 |

Gross Pay    20133.72
*Earnings YTD continued on Page 2 if needed
Work Week Ends 12:00:59 AM, Day After Pay Period End Date

Total Deductions    522.91    5085.58
Net Pay    1472.03    15048.14
* Pretax

---

**HCR ManorCare**

Heartland Employment Services
419-252-5500
333 N. Summit St.
Toledo, OH 43604-2617

Advice Number:    0020606635
Advice Date:    06/07/2018

**THIS IS NOT A CHECK**

Deposited to the account of
WOODS, SHARON    V

Account Number    Transit    ABA    Amount
Checking    1472.03

**HCR ManorCare**

CO  FILE #  000000-000000
DCB  766628

Heartland Employment Services
419-252-5500
333 N. Summit St.
Toledo, OH 43604-2617

## Earnings Statement

Page 001 of 001
Period Beg/End: 05/31/2018 - 06/13/2018
Advice Date: 06/21/2018
Advice Number: 0020650494
Batch Number: 000000001447

Exemptions    Addl Amt    Addl %
Fed:   S-02
PA(W): S-00

WOODS, SHARON   V
3825 Arebdall Ave
Philadelphia, PA  19114

### Pay Period Hours and Earnings

| Description | Pay Period | Rate | Hours | Total |
|---|---|---|---|---|
| Regular Non Aut | 053118-061318 | 23.846154 | 16.00 | 381.54 |
| Mileage | 053118-061318 | | | 50.88 |

| Pay Period Totals | | 16.00 | 432.42 |
|---|---|---|---|

*Wages continue on Page 2 if needed

### Earnings YTD

| Description | Hours | YTD |
|---|---|---|
| Regular Non Auto Pay | 654.49 | 15607.05 |
| Mileage | | 1082.68 |
| Inservice Pay | 137.51 | 3279.10 |
| Paid Days Off Non Auto Pay | 16.00 | 381.54 |
| Taxable Award | | 25.00 |
| Holiday Non Auto Pay | 8.00 | 190.77 |

### Time Off Summary

| | |
|---|---|
| Vacation | PTO |
| Sick | Personal |

### Taxes and Deductions

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 0.00 | 1646.48 |
| Fed MED/EE | 4.36 | 273.14 |
| Fed OASDI/EE | 18.65 | 1167.91 |
| PA Unempl EE | 0.23 | 11.69 |
| PA Withholdng | 9.23 | 578.33 |
| PA Withholdng | 14.84 | 758.01 |
| PA LS Tax | 2.00 | 22.00 |
| *Dental | 9.65 | 77.20 |
| *Medical | 69.00 | 552.00 |
| Voluntary Life | 12.42 | 99.36 |
| *Vision | 2.12 | 16.96 |
| Gift Card Program | 0.00 | 25.00 |

| Gross Pay | | 20566.14 |
|---|---|---|

*Earnings YTD continued on Page 2 if needed
Work Week Ends 12:00:59 AM, Day After Pay Period End Date

| Total Deductions | 142.50 | 5228.08 |
|---|---|---|
| Net Pay | 289.92 | 15338.06 |

* Pretax

---

**HCR ManorCare**

Heartland Employment Services
419-252-5500
333 N. Summit St.
Toledo, OH 43604-2617

Advice Number: 0020650494
Advice Date: 06/21/2018

THIS IS NOT A CHECK

Deposited to the account of
WOODS, SHARON   V    Checking

| Account Number | Transit ABA | Amount |
|---|---|---|
| | | 289.92 |

Heartland Employment Services
333 N. Summit St.
Toledo OH 43604-2617

| Employee Name | Exemptions | | Company | Paygroup | Period Beginning | Period Ending | Check No. |
| Sharon V Woods | Federal | State | HES | 116 | 06/22/2018 | 06/22/2018 | 6188401 |
| Employee ID | | | BL3 Personal Balance | | PTO Balance | Vacation Balance | Sick Balance |
| 766628 | 2 | 0 | 0.00 | | 0.00 | 0.00 | 0.00 |

### Hours and Earnings

| Earn Desc | Begin Dt | End Dt | Rate | Hours | Earnings | Hours | Earnings |
|---|---|---|---|---|---|---|---|
| Regular Non Au | 06/07/2018 | 06/13/2018 | 25.750000 | 24.00 | 618.00 | 698.19 | 16,732.33 |
| Regular Non Au | 05/31/2018 | 06/06/2018 | 25.750000 | 19.70 | 507.28 | | 0.00 |
| Holiday Non Au | 06/22/2018 | 06/22/2018 | | | 0.00 | 8.00 | 190.77 |
| Inservice Pay | 06/22/2018 | 06/22/2018 | | | 0.00 | 137.51 | 3,279.10 |
| Mileage | 06/22/2018 | 06/22/2018 | | | 0.00 | | 1,082.68 |
| Paid Days Off | 06/22/2018 | 06/22/2018 | | | 0.00 | 16.00 | 381.54 |
| Taxable Award | 06/22/2018 | 06/22/2018 | | | 0.00 | | 25.00 |
| TOTAL | | | | 43.70 | 1,125.28 | 859.70 | 21,691.42 |

### Taxes and Deductions

| Description | Current | YTD | Pretax |
|---|---|---|---|
| Fed Withholdng | 72.32 | 1,718.80 | |
| Fed MED/EE | 16.32 | 289.46 | |
| Fed OASDI/EE | 69.77 | 1,237.68 | |
| PA Unempl EE | 0.68 | 12.37 | |
| PA Withholdng | 34.55 | 612.88 | |
| PA Withholdng | 43.78 | 801.79 | |
| PA LS Tax | 2.00 | 24.00 | |
| Dental | 0.00 | 77.20 | * |
| Medical | 0.00 | 552.00 | * |
| Vision | 0.00 | 16.96 | * |
| Gift Card Progrm | 0.00 | 25.00 | |
| Voluntary Life | 0.00 | 99.36 | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,125.28 | 1,125.28 | 239.42 | 0.00 | 885.86 |
| YTD | 21,691.42 | 19,962.58 | 4,696.98 | 770.52 | 16,223.92 |

MESSAGE:

# HCR ManorCare — Earnings Statement

**Heartland Employment Services**
419-252-5500
333 N. Summit St.
Toledo, OH 43604-2617

Period Beg/End: 06/28/2018 - 07/11/2018
Advice Date: 07/19/2018
Advice Number: 0020740874
Batch Number: 000000001465
Page 001 of 001

**Exemptions**
Fed: S-02
PA(W): S-00
Addl Amt    Addl %

WOODS, SHARON   V
3825 Arebdall Ave
Philadelphia, PA 19114

## Pay Period Hours and Earnings

| Description | Pay Period | Rate | Hours | Total |
|---|---|---|---|---|
| Regular Non Aut | 062818-070418 | 25.750000 | 14.58 | 375.44 |
| Holiday Worked | 062818-070418 | 12.875000 | 6.13 | 78.92 |
| Mileage | 062818-070418 | | | 27.81 |
| Regular Non Aut | 070518-071118 | 25.750000 | 32.98 | 849.24 |
| Mileage | 070518-071118 | | | 64.37 |

**Pay Period Totals:** 53.69   1395.78
*Wages continue on Page 2 if needed

## Earnings YTD

| Description | Hours | YTD |
|---|---|---|
| Regular Non Auto Pay | 810.56 | 19625.87 |
| Holiday Worked Half Time | 6.13 | 78.92 |
| Mileage | | 1242.84 |
| Inservice Pay | 137.51 | 3279.10 |
| Paid Days Off Non Auto Pay | 16.00 | 381.54 |
| Taxable Award | | 25.00 |
| Holiday Non Auto Pay | 8.00 | 190.77 |
| Paid Days Off Auto Pay | 40.49 | 965.53 |

**Gross Pay:** 25789.57
*Earnings YTD continued on Page 2 if needed
Work Week Ends 12:00:59 AM, Day After Pay Period End Date

## Time Off Summary

| | |
|---|---|
| Vacation | PTO |
| Sick | Personal |

## Taxes and Deductions

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 93.72 | 2162.49 |
| Fed MED/EE | 18.90 | 346.56 |
| Fed OASDI/EE | 80.83 | 1481.84 |
| PA Unempl EE | 0.78 | 14.73 |
| PA Withholdng | 40.02 | 733.78 |
| PA Withholdng | 50.59 | 954.88 |
| PA LS Tax | 2.00 | 28.00 |
| Gift Card Program | 0.00 | 25.00 |
| *Dental | 0.00 | 77.20 |
| *Medical | 0.00 | 552.00 |
| Voluntary Life | 0.00 | 99.36 |
| *Vision | 0.00 | 16.96 |

**Total Deductions:** 286.84   6492.80
**Net Pay:** 1108.94   19296.77
* Pretax

---



# HCR ManorCare

**Heartland Employment Services**
419-252-5500
333 N. Summit St.
Toledo, OH 43604-2617

Advice Number: 0020740874
Advice Date: 07/19/2018

**Deposited to the account of**
WOODS, SHARON  V         Checking

| Account Number | Transit | ABA | Amount |
|---|---|---|---|
| | | | 1108.94 |

THIS IS NOT A CHECK