# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-14560-AMC

SHARON V WOODS

3825 ARENDELL AVENUE

PHILADELPHIA, PA 19114

    Debtor

**CERTIFICATE OF SERVICE**

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
SHARON V WOODS

3825 ARENDELL AVENUE

PHILADELPHIA, PA 19114

**Counsel for debtor(s), by electronic notice only.**
ZACHARY PERLICK, ESQ.
1420 WALNUT ST
SUITE 718
PHILADELPHIA, PA 19102-

**Counsel for the United States Trustee, by electronic notice only.**
Office of the U.S. Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

                                      /s/ William C. Miller

Date: 1/24/2019

                                      _____
                                      William C. Miller, Esquire
                                      Chapter 13 Standing Trustee