United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Sharon V Woods
       Debtor

Case No. 18-14560-amc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: JEGilmore      Page 1 of 1      Date Rcvd: Jan 23, 2019
                     Form ID: trc       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2019.
14213234      HSBC Bank USA, National Association, As Trustee,  C/O Wells Fargo Bank, N.A. as servicer,  Default Document Processing N9286-01Y,  1000 Blue Gentian Road,  Eagan, MN 55121-7700

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2019      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2019 at the address(es) listed below:
      ALLISON L. CARR   on behalf of Creditor   U.S. Bank Trust National Association, as Trustee of the Bungalow Series III Trust acarr@tuckerlaw.com,  agilbert@tuckerlaw.com
      JACK K. MILLER   on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com, ecfemails@ph13trustee.com
      JEROME B. BLANK   on behalf of Creditor   DEUTSCHE BANK NATIONAL TRUST COMPANY, et.al. paeb@fedphe.com
      JEROME B. BLANK   on behalf of Creditor   HSBC BANK USA, et.al. paeb@fedphe.com
      KEVIN G. MCDONALD   on behalf of Creditor   MASTR Asset-Backed Securities Trust 2005-AB1, Mortgage Pass-Through Certificates, Series 2005-AB1, U.S. Bank National Association, as Trustee bkgroup@kmllawgroup.com
      KEVIN M. BUTTERY   on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually, but as Trustee for Hilldale Trust kbuttery@rascrane.com
      KEVIN S. FRANKEL   on behalf of Creditor   Carrington Mortgage Services, LLC, et al. pa-bk@logs.com
      REBECCA ANN SOLARZ   on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually, but as Trustee for Hilldale Trust bkgroup@kmllawgroup.com
      THOMAS YOUNG.HAE SONG   on behalf of Creditor   HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR ET. AL. paeb@fedphe.com
      United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
      ZACHARY  PERLICK   on behalf of Debtor Sharon V Woods Perlick@verizon.net,  pireland1@verizon.net
      TOTAL: 12

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 18-14560-amc
Chapter 13

In re: Debtor(s) (including Name and Address)

Sharon V Woods
3825 Arendell Avenue
Philadelphia PA 19114

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/23/2019.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 7: HSBC Bank USA, National Association, As Trustee, C/O Wells Fargo Bank, N.A. as servicer, Default Document Processing N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-7700 | Specialized Loan Servicing LLC
8742 Lucent Blvd, Suite 300
Highlands Ranch, Colorado 80129 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    01/25/19

Tim McGrath
**CLERK OF THE COURT**