# UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Sharon V. Woods | : | Bankruptcy No. 18-14560-amc |
| | : | |
| Debtor | : | Related to Documents No. 41 & 43 |

## ORDER OF COURT

AND NOW, this _____ day of _____, 2019, upon consideration of the Stipulation entered into by counsel for U.S. Bank Trust National Association, as Trustee of the Bungalow Series III Trust and with the Debtor, it is hereby ORDERED, ADJUDGED and DECREED that the Stipulation is hereby approved.

**Date: January 31, 2019**

_____
United States Bankruptcy Judge

TADMS:5087759-1 032787-185616

- 3 -