```
                      United States Bankruptcy Court
                      Eastern District of Pennsylvania
In re:                                                        Case No. 18-14560-amc
Sharon V Woods                                                Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2         User: JEGilmore           Page 1 of 1            Date Rcvd: Jan 31, 2019
                             Form ID: pdf900           Total Noticed: 8


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 02, 2019.
db             +Sharon V Woods,    3825 Arendell Avenue,    Philadelphia, PA 19114-2819
cr             +Carrington Mortgage Services, LLC, et al.,    1600 South Douglass Road,    Suite 200-A,
                 Anaheim, CA 92806-5951
cr             +HSBC BANK USA, NATIONAL ASSOCIATION,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, CO 80129-2386
cr             +MASTR Asset Backed Securities Trust 2005-AB1,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, CO 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Feb 01 2019 02:37:26     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA   19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 01 2019 02:36:58
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA   17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 01 2019 02:37:23     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Feb 01 2019 02:38:24     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Fay Servicing, LLC
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2019                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 31, 2019 at the address(es) listed below:
              ALLISON L. CARR    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee of the
               Bungalow Series III Trust acarr@tuckerlaw.com,    agilbert@tuckerlaw.com
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              JEROME B. BLANK    on behalf of Creditor    HSBC BANK USA, et.al. paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, et.al.
               paeb@fedphe.com
              KEVIN G. MCDONALD    on behalf of Creditor    MASTR Asset-Backed Securities Trust 2005-AB1,
               Mortgage Pass-Through Certificates, Series 2005-AB1, U.S. Bank National Association, as Trustee
               bkgroup@kmllawgroup.com
              KEVIN M. BUTTERY    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, not individually, but as Trustee for Hilldale Trust kbuttery@rascrane.com
              KEVIN S. FRANKEL    on behalf of Creditor    Carrington Mortgage Services, LLC, et al.
               pa-bk@logs.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually, but as Trustee for Hilldale Trust bkgroup@kmllawgroup.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE
               FOR ET. AL. paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
              ZACHARY PERLICK    on behalf of Debtor Sharon V Woods Perlick@verizon.net,   pireland1@verizon.net
                                                                                              TOTAL: 12
```

**UNITED STATES BANKRUPTCY COURT FOR**
**THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In Re:** | : | **Chapter 13** |
| | : | |
| **Sharon V. Woods** | : | **Bankruptcy No. 18-14560-amc** |
| | : | |
| **Debtor** | : | **Related to Documents No. 41 & 43** |

ORDER OF COURT

AND NOW, this _____ day of _____, 2019, upon consideration of the Stipulation entered into by counsel for U.S. Bank Trust National Association, as Trustee of the Bungalow Series III Trust and with the Debtor, it is hereby ORDERED, ADJUDGED and DECREED that the Stipulation is hereby approved.

_____
United States Bankruptcy Judge

**Date: January 31, 2019**

TADMS:5087759-1 032787-185616

- 3 -