## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:**<br><br>**Sharon V. Woods**<br>　　　　Debtor<br><br>**Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, Not Individually But As Trustee For Hilldale Trust**<br>　　　　Movant<br><br>v.<br><br>**Sharon V. Woods**<br>　　　　Debtor/Respondent<br><br>**William C. Miller, Esquire**<br>　　　　Trustee/Respondent | **Bankruptcy 18-14560-amc**<br><br>**Chapter 13** |

## ORDER OF COURT

AND NOW, this 21st day of May, 2019, upon consideration of Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, Not Individually But As Trustee For Hilldale Trust's, Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. § 362(d), any response thereto and that it is not necessary for an effective reorganization, it is hereby

ORDERED, that the automatic stay provisions of Section 362 of the Bankruptcy Code are hereby unconditionally terminated with respect to Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, Not Individually But As Trustee For Hilldale Trust,; and it is further

ORDERED, that Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, Not Individually But As Trustee For Hilldale Trust, its successors and/or assigns be entitled to proceed with appropriate state court remedies against the property located at 128 N. Fremont Avenue, Pittsburgh, PA 15202, including without limitation a sheriff's sale of the property, and it is further

ORDERED, that Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, Not Individually But As Trustee For Hilldale Trust's, request to waive the 14-day stay period pursuant to Fed.R.Bankr.P. 4001(a)(3) is granted.

BY THE COURT:

_____
HON. ASHELY M. CHAN
U.S. BANKRUPTCY COURT JUDGE