United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-14560-amc
Sharon V Woods                                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: JEGilmore          Page 1 of 1              Date Rcvd: May 21, 2019
                             Form ID: pdf900          Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 23, 2019.
db             +Sharon V Woods,    3825 Arendell Avenue,    Philadelphia, PA 19114-2819
cr             +Carrington Mortgage Services, LLC, et al.,    1600 South Douglass Road,   Suite 200-A,
                 Anaheim, CA 92806-5951
cr             +HSBC BANK USA, NATIONAL ASSOCIATION,    14841 DALLAS PARKWAY, SUITE 425,    DALLAS, TX 75254-8067
cr             +HSBC BANK USA, NATIONAL ASSOCIATION,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, CO 80129-2386
cr             +MASTR Asset Backed Securities Trust 2005-AB1,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, CO 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov May 22 2019 03:01:17     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 22 2019 03:00:42
                 Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 22 2019 03:01:08     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,    615 Chestnut Street,   Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com May 22 2019 03:02:49      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,   PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 4

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Fay Servicing, LLC
                                                                                              TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 21, 2019 at the address(es) listed below:
              ALLISON L. CARR    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee of the
               Bungalow Series III Trust acarr@tuckerlaw.com,    agilbert@tuckerlaw.com
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              JEROME B. BLANK    on behalf of Creditor    HSBC BANK USA, et.al. paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, et.al.
               paeb@fedphe.com
              KEVIN G. MCDONALD    on behalf of Creditor    MASTR Asset-Backed Securities Trust 2005-AB1,
               Mortgage Pass-Through Certificates, Series 2005-AB1, U.S. Bank National Association, as Trustee
               bkgroup@kmllawgroup.com
              KEVIN M. BUTTERY    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, not individually, but as Trustee for Hilldale Trust kbuttery@rascrane.com
              KEVIN S. FRANKEL    on behalf of Creditor    Carrington Mortgage Services, LLC, et al.
               pa-bk@logs.com
              LAUREN BERSCHLER KARL    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually, but as Trustee for Hilldale Trust lkarl@rascrane.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually, but as Trustee for Hilldale Trust bkgroup@kmllawgroup.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE
               FOR ET. AL. paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
              ZACHARY PERLICK    on behalf of Debtor Sharon V Woods Perlick@verizon.net,   pireland1@verizon.net
                                                                                               TOTAL: 13

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:**<br><br>**Sharon V. Woods**<br>　　　　**Debtor**<br><br>**Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, Not Individually But As Trustee For Hilldale Trust**<br>　　　　**Movant**<br>**v.**<br>**Sharon V. Woods**<br>　　　　**Debtor/Respondent**<br><br>**William C. Miller, Esquire**<br>　　　　**Trustee/Respondent** | **Bankruptcy 18-14560-amc**<br><br>**Chapter  13** |

### ORDER OF COURT

AND NOW, this 21st day of May, 2019, upon consideration of Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, Not Individually But As Trustee For Hilldale Trust's, Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. § 362(d), any response thereto and that it is not necessary for an effective reorganization, it is hereby

ORDERED, that the automatic stay provisions of Section 362 of the Bankruptcy Code are hereby unconditionally terminated with respect to Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, Not Individually But As Trustee For Hilldale Trust,; and it is further

ORDERED, that Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, Not Individually But As Trustee For Hilldale Trust, its successors and/or assigns be entitled to proceed with appropriate state court remedies against the property located at 128 N. Fremont Avenue, Pittsburgh, PA 15202, including without limitation a sheriff's sale of the property, and it is further

ORDERED, that Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, Not Individually But As Trustee For Hilldale Trust's, request to waive the 14-day stay period pursuant to Fed.R.Bankr.P. 4001(a)(3) is granted.

BY THE COURT:

_____
HON. ASHELY M. CHAN
U.S. BANKRUPTCY COURT JUDGE