## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
## PHILADELPHIA DIVISION

| | |
|---|---|
| In Re: | : |
| | : Case No. 18-14560-amc |
| Sharon V. Woods | : |
| | : Chapter 13 |
| Debtor | : |
| | : |

### ORDER OF COURT

AND NOW, to-wit, this __19th__ day of __August__, 2019, it is hereby ORDERED, ADJUDGED and DECREED that relief from stay is **GRANTED** and that the automatic stay be and hereby vacated and terminated with respect to U.S. Bank Trust National Association, as Trustee of the Bungalow Series F Trust, who may take such actions as may be necessary or appropriate with respect enforcing its rights with respect to the Property located at 3825 Arendell Ave., Philadelphia, PA 19114, including actions that may or will divest debtors' rights and interests in the property.

BY THE COURT:

_____
United States Bankruptcy Judge

TADMS:5181432-1 032787-185616