```
                            United States Bankruptcy Court
                            Eastern District of Pennsylvania
In re:                                                                    Case No. 18-14560-amc
Sharon V Woods                                                            Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: JEGilmore            Page 1 of 2              Date Rcvd: Aug 20, 2019
                              Form ID: pdf900            Total Noticed: 9


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 22, 2019.
db             +Sharon V Woods,    3825 Arendell Avenue,    Philadelphia, PA 19114-2819
cr             +Carrington Mortgage Services, LLC, et al.,    1600 South Douglass Road,   Suite 200-A,
                 Anaheim, CA 92806-5951
cr             +HSBC BANK USA, NATIONAL ASSOCIATION,    14841 DALLAS PARKWAY, SUITE 425,   DALLAS, TX 75254-8067
cr             +HSBC BANK USA, NATIONAL ASSOCIATION,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, CO 80129-2386
cr             +MASTR Asset Backed Securities Trust 2005-AB1,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, CO 80129-2386
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Aug 21 2019 03:11:06     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 21 2019 03:10:39
                 Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 21 2019 03:10:53     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Aug 21 2019 03:17:31     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                             TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Fay Servicing, LLC
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 20, 2019 at the address(es) listed below:
              ALLISON L. CARR    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee of the
               Bungalow Series III Trust acarr@tuckerlaw.com, agilbert@tuckerlaw.com
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              JEROME B. BLANK    on behalf of Creditor    HSBC BANK USA, et.al. paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, et.al.
               paeb@fedphe.com
              JILLIAN NOLAN SNIDER    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee
               of the Bungalow Series III Trust jsnider@tuckerlaw.com, agilbert@tuckerlaw.com
              KEVIN G. MCDONALD    on behalf of Creditor    MASTR Asset-Backed Securities Trust 2005-AB1,
               Mortgage Pass-Through Certificates, Series 2005-AB1, U.S. Bank National Association, as Trustee
               bkgroup@kmllawgroup.com
              KEVIN M. BUTTERY    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, not individually, but as Trustee for Hilldale Trust kbuttery@rascrane.com
              KEVIN S. FRANKEL    on behalf of Creditor    Carrington Mortgage Services, LLC, et al.
               pa-bk@logs.com
              LAUREN BERSCHLER KARL    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually, but as Trustee for Hilldale Trust lkarl@rascrane.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually, but as Trustee for Hilldale Trust bkgroup@kmllawgroup.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE
               FOR ET. AL. paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
```

```
District/off: 0313-2          User: JEGilmore           Page 2 of 2              Date Rcvd: Aug 20, 2019
                              Form ID: pdf900           Total Noticed: 9
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        ZACHARY   PERLICK    on behalf of Debtor Sharon V Woods Perlick@verizon.net,  pireland1@verizon.net
                                                                                                                                                                       TOTAL: 14

Case 18-14560-amc    Doc 93    Filed 08/22/19    Entered 08/23/19 00:52:21    Desc Imaged
Certificate of Notice    Page 2 of 3

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

| | |
|---|---|
| In Re: : | |
| : | Case No. 18-14560-amc |
| Sharon V. Woods : | |
| : | Chapter 13 |
| Debtor : | |
| : | |

ORDER OF COURT

AND NOW, to-wit, this  19th   day of  August         , 2019, it is hereby ORDERED, ADJUDGED and DECREED that relief from stay is **GRANTED** and that the automatic stay be and hereby vacated and terminated with respect to U.S. Bank Trust National Association, as Trustee of the Bungalow Series F Trust, who may take such actions as may be necessary or appropriate with respect enforcing its rights with respect to the Property located at 3825 Arendell Ave., Philadelphia, PA 19114, including actions that may or will divest debtors' rights and interests in the property.

BY THE COURT:

_____
United States Bankruptcy Judge

TADMS:5181432-1 032787-185616