# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Sharon V. Woods<br>                        Debtor<br><br>Specialized Loan Servicing LLC as servicer for MASTR Asset-Backed Securities Trust 2005-AB1, Mortgage Pass-Through Certificates, Series 2005-AB1, U.S. Bank National Association, as Trustee,<br>                        Movant<br>          vs.<br><br>Sharon V. Woods<br>                        Respondent | CHAPTER 13<br><br><br><br>NO. 18-14560 AMC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Objection to Confirmation of Specialized Loan Servicing LLC as servicer for MASTR Asset-Backed Securities Trust 2005-AB1, Mortgage Pass-Through Certificates, Series 2005-AB1, U.S. Bank National Association, as Trustee, which was filed with the Court on or about December 28, 2018 (Document No. 46).

                                                            Respectfully submitted,

                                                            **/s/ Kevin G. McDonald, Esquire**
                                                            Kevin G. McDonald, Esquire
                                                            Attorney for Movant
                                                            KML Law Group, P.C.
                                                            BNY Mellon Independence Center
                                                            701 Market Street, Suite 5000
                                                            Philadelphia, PA  19106
                                                            215-627-1322

August 27, 2019