# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                        Chapter 13

                                        Bankruptcy No. 18-14560-AMC

      SHARON V WOODS

      3825 ARENDELL AVENUE

      PHILADELPHIA, PA 19114

          Debtor

## CERTIFICATE OF SERVICE

     **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

      SHARON V WOODS

      3825 ARENDELL AVENUE

      PHILADELPHIA, PA 19114

Counsel for debtor(s), by electronic notice only.

      ZACHARY PERLICK, ESQ.
      1420 WALNUT ST
      SUITE 718
      PHILADELPHIA, PA 19102-

Date: 12/13/2019

              /S/ William C. Miller
              _____

              William C. Miller, Esquire
              Chapter 13 Standing Trustee