**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Sharon V. Woods                              CHAPTER 13

                Debtor(s)                              BKY. NO. 18-14560 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of HSBC Bank USA, National Association as Trustee for GSAA Home Equity Trust 2005-12, Asset-Backed certificates, Series 2005-12 and index same on the master mailing list.

    Respectfully submitted,
    **/s/ Rebecca A. Solarz Esquire**
    Rebecca A Solarz, Esquire
    Kevin G. McDonald, Esquire
    KML Law Group, P.C.
    701 Market Street, Suite 5000
    Philadelphia, PA 19106-1532
    (215) 627-1322