```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
In re:                                                          Case No. 18-14560-amc
Sharon V Woods                                                  Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0313-2          User: JEGilmore              Page 1 of 3              Date Rcvd: Jan 22, 2020
                              Form ID: pdf900              Total Noticed: 43


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 24, 2020.
db             +Sharon V Woods,   3825 Arendell Avenue,   Philadelphia, PA 19114-2819
cr             +Carrington Mortgage Services, LLC, et al.,   1600 South Douglass Road,   Suite 200-A,
                 Anaheim, CA 92806-5951
cr             +HSBC BANK USA, NATIONAL ASSOCIATION,   14841 DALLAS PARKWAY, SUITE 425,    DALLAS, TX 75254-8067
cr             +HSBC BANK USA, NATIONAL ASSOCIATION,   8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, CO 80129-2386
cr             +MASTR Asset Backed Securities Trust 2005-AB1,   8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, CO 80129-2386
14163027       +BSI Financial Services,   314 S. Franklin Street,   Titusville, PA 16354-2168
14163026       +Bank of America, N.A.,   7105 Corporate Drive,   Plano, TX 75024-4100
14171528       +Carrington Mortgage Services,   PO Box 54285,   Irvine, CA 92619-4285
14197246       +Deutsche Bank National Trust Co, et al,   Carrington Mortgage Services, LLC,
                 1600 South Douglass Road,   Anaheim, CA 92806-5948
14230410        Deutsche Bank National Trust Company,   c/o Jerome Blank, Esquire,
                 1617 JFK Boulevard Suite 1400,   One Penn Center Plaza,   Philadelphia, Pa   19103
14226151        Deutsche Bank National Trust Company, et.al.,   Wells Fargo Bank, N.A.,
                 Default Document Processing,   N9286-01Y,   1000 Blue Gentian Road,   Eagan MN 55121-7700
14163030       +ECMC,   PO Box 16408,   Saint Paul, MN 55116-0408
14217677       +Fay Servicing LLC as servicer,   Wilmington Savings Fund Society, FSB,d/b,
                 Rebecca A Solarz, Esquire,   701 Market Street, Suite 5000,   Philadelphia, PA 19106-1541
14250815       +Fay Servicing, LLC,   c/o McCalla Raymer Leibert Pierce, LLC,   Bankruptcy Department,
                 1544 Old Alabama Road,   Roswell, Ga 30076-2102
14171532      #+Fay Servicing, LLC,   3000 Kellway Drive, Suite 150,   Carrollton, TX 75006-3357
14206771      #+Fay Servicing, LLC,   Bankruptcy Department,   3000 Kellway Dr., Ste 150,
                 Carrollton, TX 75006-3357
14197368        HSBC Bank USA,   c/o Jerome Blank, Esq,   1617 JFK Boulevard, Suite 1400,
                 One Penn Center Plaza,   Philadelphia, PA   19103
14443260       +HSBC Bank USA, National Association,   as Trustee for GSAA HOme Equire Trust 20,
                 c/o Rebecca A. Solarz, Esquire,   701 Market Street, Suite 5000,   Philadelphia, Pa 19106-1541
14213234        HSBC Bank USA, National Association, As Trustee,   C/O Wells Fargo Bank, N.A. as servicer,
                 Default Document Processing N9286-01Y,   1000 Blue Gentian Road,   Eagan, MN 55121-7700
14163032        Nationstar Mortgage,   PO Box 650783,   Dallas, TX 75265-0783
14202609        Navient Solutions, LLC on behalf of,   Educational Credit Management,   Corporation,
                 PO BOX 16408,   St. Paul, MN 55116-0408
14163033       +P.G.W.,   800 W. Montgomery Ave.,   Philadelphia, PA 19122-2898
14259988       +Specialized Loan Servicing LLC,   8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
14250317       +Specialized Loan Servicing, LLC,   c/o Kevin G. McDonald, Esquire,   KML Law Group, P.C.,
                 701 Market Street, Suite 5000,   Philadelphia, PA 19106-1541
14224258        U.S. Bank National Association, et.al.,   Wells Fargo Bank, N.A.,   Default Document Processing,
                 N9286-01Y,   1000 Blue Gentian Road,   Eagan MN 55121-7700
14250940        U.S. Department of Education,   c/o FedLoan Servicing,   P.O. Box 69184,
                 Harrisburg, PA 17106-9184
14197176       +US Bank Trust National Association as Trustee,   c/o BSI Financial Services,
                 1425 Greenway Dr., ste 400,   Irving TX 75038-2480
14163039       +Vantum Capital, Inc.,   7880 Bent Branch Dr.,   Suite 150,   Irving, TX 75063-6045
14163042       +Wells Fargo Bank,   PO Box 10347,   Des Moines, IA 50306-0347
14163043       +Wells Fargo Bank, NA,   3476 Stateview Blvd.,   Fort Mill, SC 29715-7200

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Jan 23 2020 03:57:43     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA   19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 23 2020 03:57:18
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA   17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 23 2020 03:57:38     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jan 23 2020 03:53:42     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14190175        E-mail/PDF: resurgentbknotifications@resurgent.com Jan 23 2020 03:53:52
                 Ashley Funding Services, LLC its successors and,   assigns as assignee of Laboratory,
                 Corporation of America Holdings,   Resurgent Capital Services,   PO Box 10587,
                 Greenville, SC 29603-0587
14163028        E-mail/PDF: resurgentbknotifications@resurgent.com Jan 23 2020 03:53:50
                 Dell Financial Services,   c/o Resurgent Capital Services,   POB 10390,
                 Greenville, SC 29603-0390
14163029       +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 23 2020 03:53:50
                 East Bay Funding, LLC,   c/o Resurgent Capital Services,   PO Box 288,
                 Greenville, SC 29602-0288
14163031        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 23 2020 04:06:41     Midland Funding, LLC,
                 by AMerican Infosource,   Attn. Dept. 1,   POB 4457,   Houston, TX 77210-4457
14210786        E-mail/PDF: pa_dc_claims@navient.com Jan 23 2020 03:53:46     NAVIENT PC TRUST,
                 C/O Navient Solutions, LLC.,   PO BOX 9640,   Wilkes-Barre, PA 18773-9640
```

```
District/off: 0313-2          User: JEGilmore            Page 2 of 3              Date Rcvd: Jan 22, 2020
                              Form ID: pdf900            Total Noticed: 43


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14171536          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 23 2020 03:57:18      PA Department of Revenue,
                   Bureau of Compliance,    Dept. 280946,    Harrisburg, PA 17128-0946
14163034         +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 23 2020 03:53:46
                   PRA Receivables Management, LLC,    POB 41067,   Norfolk, VA 23541-1067
14163038         +E-mail/PDF: pa_dc_claims@navient.com Jan 23 2020 03:54:48      Sallie Mae,   PO Box 9635,
                   Wilkes Barre, PA 18773-9635
14163041          E-mail/Text: megan.harper@phila.gov Jan 23 2020 03:57:43      Water Revenue Bureau,
                   1401 J.F.K. Blvd.,    Philadelphia, PA 19102
                                                                                              TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Fay Servicing, LLC
14163040         various residential tenant leases
14171543         various residential tenant leases
14171529*      ++DELL FINANCIAL SERVICES,   P O BOX 81577,   AUSTIN TX 78708-1577
                (address filed with court: Dell Financial Services,   c/o Resurgent Capital Services,
                  POB 10390,   Greenville, SC 29603-0390)
14171531*       +ECMC,   PO Box 16408,   Saint Paul, MN 55116-0408
14171530*       +East Bay Funding, LLC,   c/o Resurgent Capital Services,   PO Box 288,
                  Greenville, SC 29602-0288
14171533*        Midland Funding, LLC,   by AMerican Infosource,   Attn. Dept. 1,   POB 4457,
                  Houston, TX 77210-4457
14171534*        Nationstar Mortgage,   PO Box 650783,   Dallas, TX 75265-0783
14171535*       +P.G.W.,   800 W. Montgomery Ave.,   Philadelphia, PA 19122-2898
14163035*       +PRA Receivables Management, LLC,   POB 41067,   Norfolk, VA 23541-1067
14163036*       +PRA Receivables Management, LLC,   POB 41067,   Norfolk, VA 23541-1067
14163037*       +PRA Receivables Management, LLC,   POB 41067,   Norfolk, VA 23541-1067
14171537*       +PRA Receivables Management, LLC,   POB 41067,   Norfolk, VA 23541-1067
14171538*       +PRA Receivables Management, LLC,   POB 41067,   Norfolk, VA 23541-1067
14171539*       +PRA Receivables Management, LLC,   POB 41067,   Norfolk, VA 23541-1067
14171540*       +PRA Receivables Management, LLC,   POB 41067,   Norfolk, VA 23541-1067
14171541*       +Sallie Mae,   PO Box 9635,   Wilkes Barre, PA 18773-9635
14261883*       +Specialized Loan Servicing LLC,   8742 Lucent Blvd, Suite 300,
                  Highlands Ranch, Colorado 80129-2386
14171542*       +Vantum Capital, Inc.,   7880 Bent Branch Dr.,   Suite 150,   Irving, TX 75063-6045
14171544*        Water Revenue Bureau,   1401 J.F.K. Blvd.,   Philadelphia, PA 19102
14163044*       +Wells Fargo Bank, NA,   3476 Stateview Blvd.,   Fort Mill, SC 29715-7200
14171545*       +Wells Fargo Bank, NA,   3476 Stateview Blvd.,   Fort Mill, SC 29715-7200
14171546*       +Wells Fargo Bank, NA,   3476 Stateview Blvd.,   Fort Mill, SC 29715-7200
14171547*       +Wells Fargo Bank, NA,   3476 Stateview Blvd.,   Fort Mill, SC 29715-7200
                                                                                   TOTALS: 3, * 21, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 22, 2020 at the address(es) listed below:
      ALLISON L. CARR    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee of the
                Bungalow Series III Trust acarr@tuckerlaw.com,    agilbert@tuckerlaw.com
      JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
                ecfemails@ph13trustee.com
      JEROME B. BLANK    on behalf of Creditor    HSBC BANK USA, et.al. paeb@fedphe.com

```
District/off: 0313-2          User: JEGilmore           Page 3 of 3                   Date Rcvd: Jan 22, 2020
                              Form ID: pdf900           Total Noticed: 43
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         JEROME B. BLANK    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, et.al. paeb@fedphe.com
         JILLIAN NOLAN SNIDER    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee of the Bungalow Series III Trust jsnider@tuckerlaw.com, agilbert@tuckerlaw.com
         KEVIN G. MCDONALD    on behalf of Creditor    MASTR Asset Backed Securities Trust 2005-AB1 bkgroup@kmllawgroup.com
         KEVIN G. MCDONALD    on behalf of Creditor    MASTR Asset-Backed Securities Trust 2005-AB1, Mortgage Pass-Through Certificates, Series 2005-AB1, U.S. Bank National Association, as Trustee bkgroup@kmllawgroup.com
         KEVIN M. BUTTERY    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually, but as Trustee for Hilldale Trust kbuttery@rascrane.com
         KEVIN S. FRANKEL    on behalf of Creditor    Carrington Mortgage Services, LLC, et al. pa-bk@logs.com
         LAUREN BERSCHLER KARL    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually, but as Trustee for Hilldale Trust lkarl@rascrane.com, lbkarl03@yahoo.com
         REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually, but as Trustee for Hilldale Trust bkgroup@kmllawgroup.com
         REBECCA ANN SOLARZ    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for GSAA Home Equity Trust 2005-12, Asset-Backed certificates, Series 2005-12 bkgroup@kmllawgroup.com
         THOMAS YOUNG.HAE SONG    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR ET. AL. paeb@fedphe.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
         ZACHARY PERLICK    on behalf of Debtor Sharon V Woods Perlick@verizon.net, pireland1@verizon.net
                                                                                                                   TOTAL: 16

# UNITED STATES BANKRUTPCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>SHARON V WOODS | Chapter 13 |
| Debtor | Bankruptcy No. 18-14560-AMC |

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: January 21, 2020**

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ZACHARY PERLICK, ESQ.
1420 WALNUT ST
SUITE 718
PHILADELPHIA, PA 19102-

Debtor:
SHARON V WOODS

3825 ARENDELL AVENUE

PHILADELPHIA, PA 19114